■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK DE MASI, Appellant.— Appeal by defendant from a judgment of the County Court, Nassau County, rendered January 10, 1964 after a jury trial, convicting him of grand larceny in the first degree, and sentencing him to serve a term of 5 to 10 years. Judgment modified on the facts by reducing the term to 2½ to 5 years. As so modified, jugment affirmed. In our opinion, under all the circumstances, the sentence imposed was excessive. Ughetta, Acting P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.